# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MIGUEL RAMOS MEZA, | Case No. 2:18-cv-00660-APG-VCF |
| Petitioner, | **ORDER** |
| v. | |
| KIRSTJEN M. NIELSEN, et al., | |
| Respondents. | |

IT IS ORDERED that the respondents shall file a response, including addressing whether this court has jurisdiction, to petitioner Miguel Ramos Meza's emergency motion (ECF No. 2) by **12:00 p.m. PST on Friday, April 13, 2018**.

IT IS FURTHER ORDERED that petitioner Meza shall immediately serve the respondents with the petition, the emergency motion for stay of removal, and a copy of this order. Due to the exigency of this matter, in addition to service under Federal Rule of Civil Procedure 4, petitioner Meza shall also send these documents immediately by email, facsimile, or hand delivery to the United States Attorney's Office for the District of Nevada and to the Attorney General of the United States at Washington, D.C.

DATED this 12th day of April, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE